**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **In the matter of:** | \| | **Case No. 07-30158** |
| **GREENE, CAROLYN** | \| | |
| **GREENE, EDWARD** | \| | **Chapter 7** |
| | \| | |
| | \| | **Judge  Lawrence S. Walter** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The check in the amount of $5,281.79 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

4444444444444444444444444444444444444444444444444444444444444444

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Cba Collection Bureau<br>25954 Eden Landing Rd<br>Hayward, CA 94545 | 39 | $54.00 |
| Cba Collection Bureau<br>25954 Eden Landing Rd<br>Hayward, CA 94545 | 39I (interest) | $9.73 |
| Cbcs<br>Pob 878<br>Mcs<br>Dayton, OH 45402 | 40 | $791.00 |
| Cbcs<br>Pob 878<br>Mcs<br>Dayton, OH 45402 | 40I (interest) | $142.58 |
| City Of West Carrollton<br>C/O Medicount Management Inc<br>Po Box 621005<br>Cincinnati, OH 45262 | 41 | $150.00 |

4444444444444444444444444444444444444444444444444444444444444444

| Creditor | Claim | Amount |
|---|---|---|
| City Of West Carrollton<br>C/O Medicount Management Inc<br>Po Box 621005<br>Cincinnati, OH 45262 | 41I (interest) | $27.04 |
| Dish Network<br>Po Box<br>Baldwin Park, CA 91706 | 46 | $80.00 |
| Dish Network<br>Po Box<br>Baldwin Park, CA 91706 | 46(I) interest | $14.42 |
| Medic One-Cincinnati<br>Po Box 711010<br>Cincinnati, OH 45271 | 51 | $109.14 |
| Medic One-Cincinnati<br>Po Box 711010<br>Cincinnati, OH 45271 | 51I (interest) | $19.67 |
| Unifund Corp<br>11802 Conrey Rd<br>Cincinnati, OH 45249 | 55 | $3,291.00 |
| Unifund Corp<br>11802 Conrey Rd<br>Cincinnati, OH 45249 | 55I (interest) | $593.21 |

**4444444444444444444444444444444444444444444444444444444444**

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $43.82 | $5,237.97 |

Dated: **1/10/2011**

**/s/ John Paul Rieser**

John Paul Rieser, Case Trustee
7925 Graceland St.
Dayton, OH 45459
Tel: (937)224-4128   Fax: (937)224-3090
tecfdesk@rieserlaw.com

cc: U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403